IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In Re: Antwon Murphy )
SSN: XXX-XX-8017 )
)
) Case No. 19-82365-CRJ13
) Chapter 13
Debtor(s), )

## MOTION TO MODIFY CHAPTER 13 PLAN AFTER CONFIRMATION

Comes now the Debtor, Antwon Murphy, and moves the Court to modify the Debtor's Plan confirmed December 10, 2019.

1. The case was filed on August 8, 2019.

2. The case was confirmed on December 10, 2019 and presently calls for payments of $525. For 1 month, $537.00 for one month, $546.00 for 6 months, and $716.00 for 52 months.

3. The Debtor's confirmed Chapter 13 Plan filed on November 5, 2019 reflects in section 3.1 that the Trustee will maintain the current contractual installment payments for the Debtor's mortgage with Knight Properties. This box was inadvertently checked and the Plan was confirmed.

4. Knight Properties has contacted the Trustee and Debtor's counsel about this mistake. The Debtor is to maintain the current contractual installment payments with Knight Properties.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, debtor prays that this court enters an Order Modifying the Chapter 13 Plan as provided. All other provisions are to remain the same.

NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE U.S. BANKRUPTCY COURT AND A COPY SERVED ON THE PARTY FILING THIS OBJECTION AND THE CHAPTER 13 STANDING TRUSTEE WITHIN 30 DAYS FROM DATE OF SERVICE HEREOF, UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH REQUEST FOR A HEARING. IF NO RESPONSE IS TIMELY SERVED AND FILED, THE MOTION TO SUSPEND SHALL BE DEEMED UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.

Respectfully submitted,

/s/ John C Larsen
Attorney for Debtor

OF COUNSEL:
LARSEN LAW, P.C.
1733 Winchester Rd.
Huntsville, AL 35811
(256) 859-3008

CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the above and foregoing Motion to Modify Chapter 13 Plan After Confirmation has been served on all the creditors listed on the attached matrix by U.S. mail postage prepaid and properly addressed and on Michele Hatcher, Chapter 13 Trustee, electronically on this the 17th day of January, 2020.

/s/ John C Larsen

```
Label Matrix for local noticing            PRA Receivables Management, LLC         U. S. Bankruptcy Court
1126-8                                     PO Box 41021                            400 Well Street
Case 19-82365-CRJ13                        Norfolk, VA 23541-1021                  P. O. Box 2775
NORTHERN DISTRICT OF ALABAMA                                                       Decatur, AL 35602-2775
Decatur
Fri Jan 17 16:14:40 CST 2020

AF Title Co., dba American Financial       American Car Center                     American First Finance
6400 Winchester Rd                         3311 Elvis Presley Blvd                 Attn: Bankruptcy
Memphis, TN 38115-8117                     Memphis, TN 38116-3255                  Po Box 565848
                                                                                   Dallas, TX 75356-5848


American First Finance                     Broadmoore Gardens Apartments           CAPITAL ASSET RECOVERY
c/o Becket and Lee LLP                     c/o Leon Storie                         PO BOX 192585
PO Box 3002                                PO Box 20029                            DALLAS, TX 75219-8523
Malvern PA 19355-0702                      Tuscaloosa, AL 35402-0029


D. Edgar Black                             Deane Andrew Rhodes                     ERC/Enhanced Recovery Corp
Black & Hughston PC                        PO Box 2247                             Attn: Bankruptcy
406 W Avalon Ave                           Tuscaloosa, AL 35403-2247               8014 Bayberry Road
Muscle Shoals, AL 35661-2808                                                       Jacksonville, FL 32256-7412


Hunter Warfield                            Kevin Knight/Knight Properties          Leon Roger Storie
Attention: Bankruptcy                      500 E. Tennessee St.                    2804 8th Street
4620 Woodland Corporate Blvd               Florence, AL 35630-5720                 Tuscaloosa, AL 35401-2108
Tampa, FL 33614-2415


Midland Credit Management, Inc.            Peerless Property Managers              Premier Bankcard, Llc
PO Box 2037                                c/o D. Andrew Rhodes                    Jefferson Capital Systems LLC Assignee
Warren, MI 48090-2037                      P.O. Box 2247                           Po Box 7999
                                           Tuscaloosa, AL 35403-2247               Saint Cloud Mn 56302-7999


(p)SPRINT NEXTEL CORRESPONDENCE            VALLEY RADIOLOGICAL ASSOCIATES,PC       Verizon Wireless
ATTN BANKRUPTCY DEPT                       WAKEFIELD & ASSOCIATES                  Attn: Verizon Wireless Bankruptcy Admini
PO BOX 7949                                P.O.BOX 50250                           500 Technology Dr, Ste 550
OVERLAND PARK KS 66207-0949                KNOXVILLE, TN 37950-0250                Weldon Spring, MO 63304-2225


Waynes Auto Sales                          Antwon Murphy                           John C. Larsen
1301 1st St. N.                            135 Reid Ave.                           Larsen Law, P.C.
Alabaster, AL 35007-8963                   Tuscumbia, AL 35674-6911                1733 Winchester Rd
                                                                                   Huntsville, AL 35811-9190


Kevin Knight                               Michele T. Hatcher
PO Box 1658                                Chapter 13 Trustee
Florence, AL 35631-1658                    P.O. Box 2388
                                           Decatur, AL 35602-2388
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Sprint Corp
Attention Bankruptcy
PO Box 7949
Overland Park, KS 66207-0949

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)AF Title Co., dba American Financial | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients  25<br>Bypassed recipients  2<br>Total  27 |